# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 06-199M<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| RAFAEL DIAZ-LAUREANO | |
| Defendant. | |

Offenses charged:

    Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2.

Date of Detention Hearing:   May 25, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has no ties to this community or to the Western District of Washington.

    (2)    Defendant is charged with being part of a conspiracy traveling to many different cities to perpetrate bank fraud. As such, he has transient contacts with Los Angeles, his claimed home.

    (3)    Defendant was on probation for an offense of a similar nature when the instant

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                  Rev. 1/91
PAGE 1

alleged offense was committed.

  (4) Defendant has been unemployed since 1999 and has little reason to stay in one location.

  (5) Defendant has mental-health disorders.

  (6) There appear to be no conditions or combination of conditions other than detention that will reasonably address the economic danger to other persons or to the community, and the risk of flight.

  IT IS THEREFORE ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

  DATED this 26th day of May, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 2